UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-22116 |
| | ) | |
| CHRISTOPHER A. FREEMAN, | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S ROUTINE MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE

THIS MATTER COMING TO BE HEARD upon the Trustee's Routine Motion to Extend Time to Object to Debtor's Discharge and Dischargeability of Debts (the "Motion"); due and proper notice of the Motion having been given; and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Trustee or any other party-in-interest shall have until May 28, 2020 to file a complaint objecting to the Debtor's discharge under 11 U.S.C. §727(a) and to the dischargeability of any of the Debtor's debts under 11 U.S.C. §523.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: February 25, 2020

**Prepared by:**

Catherine Steege (6183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
PH: (312) 222-9350
FAX: (312) 527-0484