**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher A. Freeman** | Social Security number or ITIN   **xxx–xx–8802** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19–22116**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher A. Freeman

December 29, 2020

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 19-22116-JBS

Christopher A. Freeman  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 5

Date Rcvd: Dec 29, 2020      Form ID: 318      Total Noticed: 128

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher A. Freeman, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083203 | + | 419 Superior Street, LLC, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083205 | + | 959 Western LLC, c/o Kyle Glascott, 2156 N. Halsted St., Chicago, IL 60614-4316 |
| 28083206 | + | ADP, c/o Lyons Collection Services, Inc., 370 Seventh Ave.,, New York, NY 10001-3901 |
| 28083207 | + | ASCAP, 2 Music Square West, Nashville, TN 37203-3295 |
| 28083208 | + | Alyssa Stark, 605 Thomas Ave, Forest Park, IL 60130-1965 |
| 28083209 | + | American Express National Bank, c/o Beathan Regan, Esq., 80 Minuteman Road, Andover, MA 01810-1008 |
| 28083210 | | BMI, 10 Music Square East, Nashville, TN 37203-4399 |
| 28083211 | + | Belvedere Capital, 400 E. Randolph St., Ste. 2507, Chicago, IL 60601-5038 |
| 28083212 | + | Ben Cox, 1134 W. Montana, Chicago, IL 60614-2221 |
| 28083213 | + | Ben Robison, 409 W. North Ave., #4W, Chicago, IL 60610-0752 |
| 28083214 | + | Big Apple Finer Foods, Inc., c/o The Law Office of Christian Blume,, 415 N. LaSalle Dr., Suite 403, Chicago, IL 60654-2742 |
| 28083215 | + | Big Apple Finer Foods. Inc., c/o The Law Office of Christian Blume, L, 415 N. LaSalle Dr., Suite 403, Chicago, IL 60654-2742 |
| 28083216 | | Bipin Ravindran, 3932 Bridal Pass, Bay City, MI 48708 |
| 28083217 | + | Brian Shah, 401 N. Wabash Ave., Unit 42E, Chicago, IL 60611-3760 |
| 28083218 | + | Bronswick Benjamin P.C., c/o Jeff Bronswick, Accts. Payable, 8750 W. Bryn Mawr, Ste. 650, Chicago, IL 60631-3668 |
| 28083219 | + | CIBC f/k/a The Private Bank, 120 S. LaSalle St., Chicago, IL 60603-3412 |
| 28083221 | + | Chimney USA Inc., c/o Omar I. Younis, Esq., 7110 W. 127th St., Ste. 150, Palos Heights, IL 60463-1579 |
| 28231774 | + | Chris Dexter, 801 N. Pitt St., Alexandria VA 22314-1780 |
| 28083222 | + | Chris Dexter, 2740 W. North Ave. #204, Chicago, IL 60647-1244 |
| 28083224 | + | City of Chicago, c/o Goldman & Grant, Ltd., 205 W. Randolph St.,, Ste. 1100, Chicago, IL 60606-1813 |
| 28083227 | + | City of Chicago - Water, c/o Goldman & Grant, Ltd., 205 W. Randolph St., Suite 1100, Chicago, IL 60606-1813 |
| 28083228 | + | City of Chicago -Dept. of Streets & Sanitatio, 121 N. LaSalle St., Room 1107, Chicago, IL 60602-1278 |
| 28083229 | | City of Chicago Bus. Affairs & Consumer Prote, City Hall Room 800, Attn: Lawrence Smith, Chicago, IL 60602 |
| 28083230 | + | City of Chicago Department of Finance, 121 N. LaSalle St., 7th Floor, Chicago, IL 60602-1252 |
| 28083231 | + | City of Chicago-Department of Water, c/o Goldman & Grant, Ltd., 205 W. Randolph, Suite 1100, Chicago, IL 60606-1813 |
| 28083232 | + | City of Chicago-Dept. of Bus. Affairs, IL Liquor Control Commission, 121 N. LaSalle St., Room 805, Chicago, IL 60602-1237 |
| 28083233 | | City of Chicago-Dept. of Streets & San., 121 N. State St., Room 1107, Chicago, IL 60602 |
| 28083234 | | Cohn Reznick, c/o Stephanie O'Roark, Accts. Payable, 3560 Lenox Rd. NE, suite 2800, Atlanta, GA 30326-4276 |
| 28083235 | | Colette Freeman, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083236 | + | Colliers International, c/o Chris Freeman, 537 Monroe, Glencoe, IL 60022-2071 |
| 28083237 | | Comcast Corporation, c/o Windham Professionals, Inc., 382 Main St., Salem, NH 03079-2412 |
| 28083241 | + | Courtney Bartlett, 3735 N. Wilton #3S, Chicago, IL 60613-5398 |
| 28083243 | + | Craig Itagaki Investment Group, Attn: Craig Itagaki, 3642 Glenview Rd., Glenview, IL 60025-2537 |
| 28083244 | + | Craig R. Houser, Esq., Markoff Law LLC, 29 North Wacker Drive, Suite 1010, Chicago, IL 60606-3203 |
| 28083245 | + | DD Danforth, 1123 Forest Ave., River Forest, IL 60305-1355 |
| 28083246 | + | DS Johnny's Member LLC, 1610 W. Jackson Blvd., Chicago, IL 60612-3208 |
| 28083247 | + | Dan Hermann, 2121 N. Kenmore Ave., Chicago, IL 60614-4111 |
| 28083248 | + | Dan Hoffman, 227 W. Monroe, Suite 3400, Chicago, IL 60606-5098 |
| 28083249 | + | Dave Lehner, 3735 N. Wilton Ave., 4N, Chicago, IL 60613-5468 |
| 28083250 | | Dr. Stephen Boaz, Advocate, 2401 Rivane Way, Suite 302, Golf, IL 60029 |
| 28083251 | | Element Collective, Inc., 2740 W. North Ave., Glencoe, IL 60020-2071 |

Case 19-22116   Doc 68   Filed 12/31/20   Entered 12/31/20 23:14:29   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0752-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 318 | Total Noticed: 128 |

| | | |
|---|---|---|
| 28083252 | + | Element Management Group, Inc., 2740 W. North Ave., Unit 204, Chicago, IL 60647-1244 |
| 28083253 | + | Eric Delbridge, 8 Miguel Street, San Francisco, CA 94131-2606 |
| 28083254 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 28083256 | + | Hartford Financial, c/o Brown & Joseph, LLC, One Pierce Pl., Ste. 122SW, Itasca, IL 60143-1253 |
| 28083257 | + | Helen Runjo, Muskego Lakes Country Club, S100 W14020 Loomis Rd, Muskego, WI 53150-5105 |
| 28083258 | + | Horwood Marcus & Berk, c/o David Hughes, 500 W. Madison, Suite 3700, Chicago, IL 60661-4591 |
| 28083261 | + | Icon Project Roc, LLC, 537 Monroe, Glencoe, IL 60022-2071 |
| 28083260 | + | Icon Project Roc, LLC, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083263 | + | Illinois Department of Labor, 160 N. LaSalle St., Ste. C1300, Chicago, IL 60601-3114 |
| 28083265 | + | Illinois Department of Revenue, Bankruptcy Unit, PO Box 19035, Chicago, IL 60619-0035 |
| 28083268 | + | Illinois Secretary of State, Business Services, 501 S. Second St., Room 350, Springfield, IL 62756-1000 |
| 28083269 | + | J. Ryan Potts, 30 N. LaSalle St., Ste. 1402, Chicago, IL 60602-3353 |
| 28231772 | + | JR Glen Law, Attn: Patrick D. McHale, 1514 W. Wellington Ave., Chicago IL 60657-4015 |
| 28215517 | + | JR Glenn Law, 111 W Washington St, Suite 1025, Chicago, IL 60602-2745 |
| 28083272 | + | JR Glenn Law, c/o The McHale Law Group, 55 E. Monroe, Suite 3800, Chicago, IL 60603-6030 |
| 28083273 | + | Jack Rozran, c/o Kristine M. Kolky, 111 E. Wacker, suite 2800, Chicago, IL 60601-4277 |
| 28083275 | + | Jared Van Camp, 2328 N. Spaulding, Chicago, IL 60647-2555 |
| 28083277 | | Jessica True, 1817 S, Racine Ave., Apt. 1, Chicago, IL 60608-3213 |
| 28083278 | + | Jim Hogan, 10970 S. 84th Ave., Palos Hills, IL 60465-2264 |
| 28083279 | | Joel Smith, 442 W. Aldine Ave., Apt. 3W, Chicago, IL 60657-5899 |
| 28083280 | + | John Duffy, 519 Roosevelt Dr., Libertyville, IL 60048-3119 |
| 28083281 | + | John Kyriazis, 1801 Kensington, Westchester, IL 60154-4212 |
| 28083282 | + | John Rausch, 3915 N. Highland Ave., Arlington Heights, IL 60004-1309 |
| 28083283 | #+ | John Warken, 3230 Oldwoods Dr., Naperville, IL 60565-9205 |
| 28083284 | + | Johnny's Member LLC, 133 N. Jefferson St., 4th Floor, Chicago, IL 60661-2336 |
| 28083285 | + | Josh Lopez, 4201 S. Michigan Ave., Unit 1N, Chicago, IL 60653-4356 |
| 28083288 | + | Keith Palumbo, 1630 N. LaSalle Dr., #1, Chicago, IL 60614-6005 |
| 28083289 | + | Keli Larson, 35 E. Wacker Dr., Suite 650, Chicago, IL 60601-2119 |
| 28083290 | + | LH Chicken Holdings, 180 W. Washington St., Chicago, IL 60602-2301 |
| 28083291 | + | Lady Alchemist LLC, 2000 W. Haddon Ave., Chicago, IL 60622-3648 |
| 28083293 | + | Leghorn Chicken 2 LLC c/o Paul A. Farahvar, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083292 | + | Leghorn Chicken 2 LLC c/o Paul A. Farahvar, 537 Monroe Ave., Suite 180, Glencoe, IL 60022-2071 |
| 28083294 | + | Leghorn Chicken LLC c/o Paul A. Farahvar, 537 Monroe Ave., Suite 180, Glencoe, IL 60022-2071 |
| 28083295 | + | Linus Entertainment Inc. c/o Paul A. Farahvar, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083296 | + | Linus Entertainment Inc. c/o Paul Farahvar, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083297 | + | Little Buddy Enterprises, Aric Burke, 351 W. Hubbard, Ste. 602, Chicago, IL 60654-4486 |
| 28083298 | + | Lynn (Teri) Lowinger, 950 Hill Road, Winnetka, IL 60093-3921 |
| 28083300 | + | Mark Rojas, 900 N. Kingsbury #963, Chicago, IL 60610-7446 |
| 28083301 | + | Mark Sellers, 631 Kent Hills Rd., Grand Rapids, MI 49505-5110 |
| 28083302 | + | Marvel Capital LLC, 2121 N. Kenmore Ave., Chicago, IL 60614-4111 |
| 28083303 | + | Matt Laviolette, 340 W. Superior PH4, Chicago, IL 60654-6184 |
| 28083305 | + | Michael Selman, 2101 Lucerne Cove, Richardson, TX 75080-2299 |
| 28231773 | + | Mickeys Linen, 4601 W. Addison St., Chicago IL 60641-9911 |
| 28083306 | + | Mike Rader, 648 N. Armour, Chicago, IL 60642-6108 |
| 28083309 | + | Nellcote LLC, 537 Monroe, Glencoe, IL 60022-2071 |
| 28083308 | + | Nellcote LLC, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083310 | #+ | Newcastle Retail Management, 150 N. Michigan Ave., Ste. 3610, Chicago, IL 60601-7569 |
| 28083311 | + | Nic O'Connor, 240 E. Illinois #302, Chicago, IL 60611-5023 |
| 28083312 | | North Shore University Health Systems, c/o Americollect, PO Box 1505, Skokie, IL 60076 |
| 28083314 | | OpenTable, Inc., 29109 Network Place, Chicago, IL 60673-1291 |
| 28083315 | + | Paul Farahvar, Ginger Creek Investments, 3735 N. Wilton, #3S, Chicago, IL 60613-5398 |
| 28083316 | + | Peoples Energy, 200 E Randolph Street, Chicago, IL 60601-6302 |
| 28083317 | + | Peter McDonald, 3261 Stratford Ct., Unit 3C, Lake Bluff, IL 60044-2919 |
| 28083318 | + | Peter Niamanis, 10 Birsch Lakes Dr., Hawthorn Woods, IL 60047-7584 |
| 28083319 | | Pinnacle Management Services, 830 Roundabout, Suite B, Rockford, IL 61108 |
| 28083320 | + | RBS Finance, Attn: Marco Rojas, 900 N. Kingsbury #963, Chicago, IL 60610-7446 |
| 28083321 | + | Rene King, 3125 N. Clifton Ave., #3, Chicago, IL 60657-3314 |
| 28083322 | + | Ryan Campaan, 640 W. Barry #403, Chicago, IL 60657-6097 |
| 28083323 | + | Ryan Schiff, 645 N. Park, Glen Ellyn, IL 60137-4178 |
| 28083325 | | Schultz Supply Co., Inc., c/o Teller, Levit & Silvertrust, P.C., 19 S. LaSalle St., Ste. 701, Chicago, IL 60602 |
| 28083326 | + | Sean Lavin, 650 West Ave. #2607, Miami Beach, FL 33139-6370 |
| 28083327 | + | Sharon Smith, 3239 San Jacinto St., Dallas, TX 75204-5526 |
| 28083328 | + | Small Business Association, 500 W. Madison St., Suite 1150, Chicago, IL 60661-2566 |

Case 19-22116   Doc 68   Filed 12/31/20   Entered 12/31/20 23:14:29   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0752-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 318 | Total Noticed: 128 |

| | | |
|---|---|---|
| 28083329 | + | Society Insurance, c/o The Leviton Law Firm, 3 Golf Center, Ste. 361, Hoffman Estates, IL 60169-4910 |
| 28083332 | + | The Hartford, One Hartford Plaza, Hartford, CT 06155-0001 |
| 28083333 | + | Thomas (TJ) Callahan, 1654 W. Grace, Chicago, IL 60613-2746 |
| 28083334 | + | U.S. Foods Corporation, 9399 W. Higgins Rd., Suite 500, Des Plaines, IL 60018-4992 |
| 28083336 | + | Upserve, 10 Dorrance St., Providence, RI 02903-2018 |
| 28083337 | | Volvo Car Financial, 1 Volvo Car Drive, Northvale, NJ 07647 |
| 28083338 | #+ | Volvo Car Financial SV, 1 Volvo Drive, Rockleigh, NJ 07647-2507 |
| 28083339 | + | William Easom, 227 W. Monroe, Ste. 3400, Chicago, IL 60606-5098 |
| 28083340 | #+ | William Psilos, 853 N Leavitt St Apt 2R, Chicago, IL 60622-7115 |
| 28231775 | + | c/o Howard M. Berrington, Registered Agent, 161 N Clark St- Ste 4200, Chicago IL 60601-3316 |

TOTAL: 115

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QCLSTEEGE.COM | Dec 30 2020 07:13:00 | Catherine L. Steege, ESQ, Jenner & Block, 353 N. Clark Street, Chicago, IL 60654-5474 |
| 28083238 | + | EDI: COMCASTCBLCENT | Dec 30 2020 07:13:00 | Comcast-Xfinity, Legal Department, 1701 JFK Boulevard, Philadelphia, PA 19103-2838 |
| 28083239 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Dec 29 2020 23:22:00 | Commonwealth Edison, Aubry L Styx, 3 Lincoln Center, Villa Park, IL 60181-4204 |
| 28083240 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Dec 29 2020 23:22:00 | Commonwealth Edison, c/o Aubrey L. Styx, Esq., 3 Lincoln Center, Villa Park, IL 60181-4204 |
| 28083259 | + | Email/Text: des.claimantbankruptcy@illinois.gov | Dec 29 2020 23:22:00 | IL Dept. of Employment Security, Attn: Benefit Payment Control, 33 S. State St., 10th Floor, Chicago, IL 60603-2808 |
| 28083267 | | Email/Text: rev.bankruptcy@illinois.gov | Dec 29 2020 23:21:00 | Illinois Department of Revenue, Attn: Traci Skeeters - 100% Penalty Unit, PO Box 19035, Pittsburg, IL 62794-9035 |
| 28083264 | | Email/Text: rev.bankruptcy@illinois.gov | Dec 29 2020 23:21:00 | Illinois Department of Revenue, Bankruptcy Section, PO Box 64338, Chicago, IL 60664-0338 |
| 28083266 | | Email/Text: rev.bankruptcy@illinois.gov | Dec 29 2020 23:21:00 | Illinois Department of Revenue, Traci Skeeters - 100% Penalty Unit, PO Box 19035, Springfield, IL 62794-9035 |
| 28083270 | | EDI: JPMORGANCHASE | Dec 30 2020 07:13:00 | JPMorgan Chase, PO Box 15298, Wilmington, DE 19850 |
| 28083271 | | EDI: JPMORGANCHASE | Dec 30 2020 07:13:00 | JPMorgan Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 28083313 | | Email/Text: ebn@americollect.com | Dec 29 2020 23:21:00 | North Shore University Health Systems, c/o Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 28083324 | + | Email/Text: bankruptcy@sesac.com | Dec 29 2020 23:23:00 | SESAC, c/o Ned Pruitt & Kayla Plott, 35 Music Square East, Nashville, TN 37203-4362 |
| 28083335 | + | EDI: IRS.COM | Dec 30 2020 07:13:00 | United States Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28083220 | | Cassie Pappas, cassie.pappas3@gmail.com |
| 28083223 | | Christine McDonald, christine.armbruster@gmail.com |
| 28083255 | | Hannah Okonow, hannahokonow@gmail.com |

Case 19-22116   Doc 68   Filed 12/31/20   Entered 12/31/20 23:14:29   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0752-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 318 | Total Noticed: 128 |

| | | |
|---|---|---|
| 28083274 | | Jacquelyn Kelly, jacquelynmkelly@gmail.com |
| 28083276 | | Jennifer Kerr, Jennifer.kerr202@gmail.com |
| 28083304 | | Megan Carlson, Megsnmaddie@gmail.com |
| 28083307 | | Nate Cradit |
| 28083330 | | Sofiya Halani, halani.sofiya@gmail.com |
| aty | *+ | Catherine L. Steege, ESQ, Jenner & Block, 353 N. Clark Street, Chicago, IL 60654-5474 |
| 28083204 | *+ | 419 Superior Street, LLC, 537 Monroe Ave, Glencoe, IL 60022-2071 |
| 28083225 | *+ | City of Chicago, c/o Goldman & Grant Ltd., 205 W. Randolph St., Ste. 1100, Chicago, IL 60606-1813 |
| 28083226 | *+ | City of Chicago, c/o Goldman & Grant, Ltd., 205 W. Randolph St., Ste. 1100, Chicago, IL 60606-1813 |
| 28083262 | * | Icon Project Roc, LLC, 537 Monroe Ave., Glencoe, IL 60022-2071 |
| 28083242 | ##+ | Craig Esko, 3735 N. Wilton #3S, Chicago, IL 60613-5398 |
| 28083286 | ##+ | Justin Ziemba, 1926 N. Sedgwick St., Chicago, IL 60614-5410 |
| 28083287 | ##+ | Karin & Jeff Bronswick, 14168 Spring Creek Ct., Green Oaks, IL 60048-1594 |
| 28083299 | ##+ | Marc Bushala, 742 W. Buena, #3E, Chicago, IL 60613-0072 |
| 28083331 | ##+ | Susan M. Crothers, 807 Forest Ave., River Forest, IL 60305-1361 |

TOTAL: 8 Undeliverable, 5 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name**  **Email Address**

Carolina Y. Sales
 on behalf of Debtor 1 Christopher A. Freeman csales@bmlawllc.com  smohan@bmlawllc.com;5241@notices.nextchapterbk.com

Catherine L. Steege, ESQ
 csteege@jenner.com  csteege@ecf.axosfs.com

Christian Blume
 on behalf of Creditor Big Apple Finer Foods  Inc. christian@attorneyblume.com

Justin R. Storer
 on behalf of Debtor 1 Christopher A. Freeman jstorer@lakelaw.com  bharlow@wfactorlaw.com

Kenneth A. Michaels, Jr
 on behalf of Debtor 1 Christopher A. Freeman kmichaels@bmlawllc.com  smohan@bmlawllc.com;ecf@lakelaw.com;5552@notices.nextchapterbk.com

M. Gretchen Silver
 on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov  gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov

Patrick S Layng
 USTPRegion11.ES.ECF@usdoj.gov

Paul M Bauch
 on behalf of Debtor 1 Christopher A. Freeman pbauch@bmlawllc.com  smohan@bmlawllc.com;5242@notices.nextchapterbk.com

Randall S Borek
 on behalf of Creditor Brotschul Potts LLC rborek@brotschulpotts.com

District/off: 0752-1 User: admin Page 5 of 5
Date Rcvd: Dec 29, 2020 Form ID: 318 Total Noticed: 128
TOTAL: 9